### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Powell, Pearl  L

Printed:  10/23/07

Case Number:  07 B 02650
Judge:  Wedoff, Eugene R
Filed:  2/15/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Ch 7 Conversion:  October 15, 2007
Confirmed:  April 12, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,210.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,144.66 |
| Trustee Fee: |  | 65.34 |
| Other Funds: |  | 0.00 |
| Totals: | 1,210.00 | 1,210.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,529.00 | 1,144.66 |
| 2. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 0.00 | 0.00 |
| 4. | Option One Mortgage Corp | Secured | 3,128.00 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 16.09 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 31.20 | 0.00 |
| 7. | Commonwealth Edison | Unsecured | 342.40 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 272.31 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 58.00 | 0.00 |
| 10. | Aspire Visa | Unsecured | 312.25 | 0.00 |
| 11. | City Of Chicago | Unsecured | 48.74 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 10.84 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 136.97 | 0.00 |
| 14. | Arnold Scott Harris PC | Unsecured |  | No Claim Filed |
| 15. | Fbcs Inc | Unsecured |  | No Claim Filed |
| 16. | Cavalry Portfolio/Collection | Unsecured |  | No Claim Filed |
| 17. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 18. | Sears Roebuck & Co | Unsecured |  | No Claim Filed |
| 19. | West Asset Management | Unsecured |  | No Claim Filed |
| 20. | GC Services | Unsecured |  | No Claim Filed |
| 21. | Value City | Unsecured |  | No Claim Filed |
| 22. | Alphamed | Unsecured |  | No Claim Filed |
|  |  |  | $ 6,885.80 | $ 1,144.66 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Powell, Pearl  L

Printed:  10/23/07

Case Number:  07 B 02650
Judge:  Wedoff, Eugene R
Filed:  2/15/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|-----------|
| 5.4%     | 65.34     |
|          | _____ |
|          | $ 65.34   |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_